## Marcella Wistafka by Elizabeth Wistafka, Appellee, v. Peter M. Grotowski, Appellant.

### Gen. No. 19,286. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CHARLES A. McDONALD, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Reversed and remanded. Opinion filed June 9, 1914. Rehearing denied June 23, 1914.

### Statement of the Case.

Action by Marcella Wistafka, a minor, by Elizabeth Wistafka, against Peter M. Grotowski to recover for a dog bite. From a judgment entered on a verdict for plaintiff for five hundred dollars, defendant appeals.

P. R. BOYLAN, for appellant.

JULIUS LIMBACH, for appellee.

MR. JUSTICE CLARK delivered the opinion of the court.

286        APPELLATE COURTS OF ILLINOIS.

Fell v. Chicago Building & Special Con. Co. et al., 187 Ill. App. 286.

## Abstract of the Decision.

ANIMALS, § 43*—*when evidence insufficient to sustain recovery for dog bite.* In an action to recover for injuries sustained by being bitten by a dog claimed to have been owned by defendant, a verdict for plaintiff, *held* not sustained by the evidence, where the defend-- ant testified that no one ever complained to him that the dog was cross, and plaintiff's witness testified that a year before plaintiff was bitten she saw the dog bite a boy but that she never told any-body except the attorney for plaintiff and her mother, and on cross-examination admitted she could not swear it was defendant's dog.